UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE COOK,

    Plaintiff,

v.

                                  Case No. 1:23-cv-889

DAVID E GILBERT, et al.,            HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  July 8, 2024                                       /s/  Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge